UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORDER ON DEFENDANT'S REQUEST FOR VIDEO APPEARANCE

UNITED STATES OF AMERICA )
) CITATION NO.: E2070476
v. )
) Case # 6:24-po-00342-HBK
)
ERIC GREEN )
)
)
)

**Type of Case:** CENTRAL VIOLATIONS BUREAU VIOLATION NOTICE

On 7/31/2024 Defendant filed a request for a video appearance for His initial appearance scheduled for 9/10/2024 at:

U.S. District Courthouse - Yosemite
9004 Castle Cliffs Ct
Yosemite Valley, CA 95389

**OFFENSE(S):** 36 CFR 2.34(a)(1)

Defendant requests a video appearance because

Defendant resides in the state of New York

***Please Note***Defendant should report to the Intake counter at the United States Courthouse located in Buffalo New York by no later than 12:45 PM to be escorted to the courtroom

In consideration of Defendant's stated reasons for a video appearance, Defendant's request for a video appearance is Granted .

Defendant is required to appear at: Buffalo(9E) Courtroom, 2 Niagara Square, Buffalo NY

A Failure to Appear on the above date will result in an Issuance of a Bench Warrant and/or Abstract on your Driving Record, depending on the charges.

Dated: September 5, 2024

/s/ Helena Barch-Kuchta
U.S. Magistrate Judge Helena Barch-Kuchta

cc:   U.S. Attorney, Fresno Office - Misdemeanor Unit
      Federal Defender, Fresno Office

CRD Initials  PA

CAED (Fresno)- Misd. 4 (Rev. 1/2019)