# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### ORDER ON DEFENDANT'S REQUEST FOR VIDEO APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CITATION NO.: E2070476 |
| ) | |
| v. ) | 6:24-po-00342-HBK |
| ) | |
| ERIC GREEN ) | |
| ) | |
| ) | |
| _____ ) | |

**Type of Case:** CENTRAL VIOLATIONS BUREAU VIOLATION NOTICE

On  1/21/2025  Defendant filed a request for a video appearance for  His  initial appearance scheduled for  2/18/2025  at:

U.S. District Courthouse - Yosemite
9004 Castle Cliffs Ct
Yosemite Valley, CA 95389

**OFFENSE(S):** 36 CFR 2.34(a)(1)

Defendant requests a video appearance because

Defendant resides in the state of New York.
***Please note***
Defendant should report to the intake counter at the United States Courthouse located in Buffalo, NY by no later than 12:45 PM to be escorted to the courtroom

In consideration of Defendant's stated reasons for a video appearance, Defendant's request for a video appearance is  Granted  .

Defendant is required to appear at:  Buffalo (9E) Courtroo, 2 Niagara Square, Buffalo, NY

A Failure to Appear on the above date will result in an Issuance of a Bench Warrant and/or Abstract on your Driving Record, depending on the charges.

Dated: **January 23, 2025**

/s/ Helena Barch-Kuchta
U.S. Magistrate Judge Helena Barch-Kuchta

cc:   U.S. Attorney, Fresno Office - Misdemeanor Unit
      Federal Defender, Fresno Office

CRD Initials  PA

CAED (Fresno)- Misd. 4 (Rev. 1/2019)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# YOSEMITE CENTRAL VIOLATIONS BUREAU CALENDAR

# COURT POLICY REGARDING VIDEO APPEARANCES

The Court reminds all parties of the following protocols:

1)  To participate via Zoom, you will need a device with a microphone and camera, with internet access on the same device.

2)  Adequate lighting and sound are required for the Court to be able to see and hear you.

3)  You are encouraged to test Zoom before the hearing and should download the app at least one day before the hearing if using a phone or tablet.  The Court will not provide technical support for Zoom participants or attendees.

4)  During the hearing, both your video and sound should be turned on (until you are told to mute yourself) and you should display your name on the video.  Each participant will speak only when called on by the Judge or the Courtroom Deputy.

5)  Appropriate attire is mandatory for any appearance in Court.  Dress for your Zoom proceedings as if you were attending your court proceedings in the courtroom.

6)  **Use of a virtual background is prohibited.**  You should be in quiet location, preferably indoors.  There should not be any other activities going on in your location.