# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:24-PO-00342-1-HBK |
| | ) | |
| Plaintiff, | ) | **ORDER ON DEFENDANT'S REQUESTS** |
| v. | ) | **INCORPORATED IN STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| ERIC GREEN, | ) | |
| Defendant. | ) | (Doc. 24) |
| | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**        36 C.F.R. § 2.34(a)

**Sentence Date:**       February 18, 2025

**Review Hearing Date:**    February 3, 2026

**Probation Expires On:**    August 18, 2026

## CONDITIONS OF UNSUPERVISED PROBATION:

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:**  $760.00 which Total Amount is made up of a Fine: $ 750.00 Special Assessment: $  10.00 Processing Fee: $ Choose an item. Restitution: $

☐    Payment schedule of $          per month by the          of each month.

☐    **Community Service hours Imposed of:**

☒    **Other Conditions:**  complete booking with the USMS, and abstain from entering Yosemite National Park.

## DEFENSE POSITION:

☒    To date, Defendant has paid a total of $          760.00
      ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                           Amount:  $

☐    To date, Defendant has performed Click here to enter text.  hours of community service.

☒    Compliance with Other Conditions of Probation:  Mr. Green completed booking with the USMS, and abstained from entering the Park. He continues to reside in New York.

## GOVERNMENT POSITION:

☒    The Government agrees to the above-described compliance but opposes early termination.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒    Defendant has complied with and completed all conditions of probation described above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Joshua Banister, AUSA

***DEFENDANT'S REQUEST (OPTIONAL):***

        In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 2/3/2026 at 10:00 am

        ☒    be vacated or;

        ☒    allow for a remote appearance, under condition five of the Judgment, given Mr. Green's residence in Buffalo, New York.

☒    that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  1/21/2026                                  */s/ Lisa Ndembu Lumeya*
                                                        DEFENDANT'S COUNSEL


**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's requests (Doc. 24) are:

☒    GRANTED **to the limited extent t**hat Defendant may appear by remote means for his Review Hearing but remains on unsupervised probation.

☐    DENIED.


Dated:    January 21, 2026

                                                        HELENA M. BARCH-KUCHTA
                                                        UNITED STATES MAGISTRATE JUDGE


CAED (Fresno)- Misd. 6 (Rev. 11/2014)